PLAINTIFF

   VS.

DEFENDANT                                    CIVIL ACTION


ORDER